UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES D. BOND, <br><br> Plaintiff, <br><br> v. <br><br> BEACON HEALTH SYSTEM, et al., <br><br> Defendants. | CAUSE NO.: 3:18-CV-792-RLM-MGG |

OPINION AND ORDER

James D. Bond, a prisoner without a lawyer, filed an amended complaint. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers . . ." Erickson v. Pardus, 551 U.S. 89, 94 (2007). This court must review the complaint and dismiss it if the action is frivolous or malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A. "In order to state a claim under [42 U.S.C.] § 1983 a plaintiff must allege: (1) that defendants deprived him of a federal constitutional right; and (2) that the defendants acted under color of state law." Savory v. Lyons, 469 F.3d 667, 670 (7th Cir. 2006).

In the initial complaint, Mr. Bond alleged that his blood pressure medication wasn't being properly administered to him at the St. Joseph County Jail. The court found that the initial complaint didn't state a claim against any of the named defendants but invited Mr. Bond to file an amended complaint. He has now filed an amended complaint in which he names Nurse Lynn and Judy

Lawson as defendants. ECF 8. This complaint omits any narrative to describe his claims and instead references his initial complaint. The amended complaint violates the local rule requiring parties seeking to amend a complaint to submit a copy of the amended complaint in its entirety and prohibiting parties from incorporating other complaints by reference. N.D. Ind. L.R. 15-1. Because it doesn't comply with the local rules and there is no apparent reason why Mr. Bond can't comply, Mr. Bond can't proceed on this amended complaint.

The court will give Mr. Bond another chance to file an amended complaint. A copy of this court's approved form – Prisoner Complaint (INND Rev. 8/16) – is available upon request from the jail law library. On the amended complaint, Mr. Bond must put the cause number of this case which is on the first page of this order. The amended complaint must be complete in and of itself without any reference to prior complaints.

As a final matter, Mr. Bond wrote a letter asking whether he is required to file his grievances with the court. Though Mr. Bond is free to do so, there is no need for him to file any exhibits at this time.

For these reasons, the court GRANTS James D. Bond until <u>December 7, 2018</u>, to file an amended complaint. If Mr. Bond doesn't respond by that deadline, this case will be dismissed without further notice.

SO ORDERED on November 7, 2018

/s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT